Certificate Number: 14912-CAC-DE-036527188

Bankruptcy Case Number: 22-12526



14912-CAC-DE-036527188

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2022, at 5:46 o'clock PM EDT, Jason Hughes completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: May 5, 2022   By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor