| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HESTON & HESTON, ATTORNEYS AT LAW<br>BENJAMIN R. HESTON (State Bar No. 297798)<br>HALLI B. HESTON (State Bar No. 90737)<br>RICHARD G. HESTON (State Bar No. 90738)<br>19700 Fairchild Road, Suite 280<br>Irvine, California 92612-2521<br>Tel: (951) 290-2827<br>Fax: (949) 222-1043<br>ben@hestonlaw.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JASON DARNELL HUGHES, | CASE NO.: 2:22-bk-12526-BB<br>CHAPTER: 7 |
|---|---|
| | **MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** |
| Debtor(s). | [No Hearing Required] |

Movant __Jason Darnell Hughes_____ hereby moves this court, pursuant to 11 U.S.C. § 107(c) and FRBP 9037 for a protective order to restrict public access to filed documents containing personal data identifiers for an individual (including but not limited to, an individual's social security number or tax identification number, financial account numbers, birth dates and/or names of minor children). See also LBR 1002-1(e). Movant further moves that the court authorize the redaction of personal data identifiers from these documents and direct the clerk of the court to restrict public access to these documents as originally filed, whether electronically or manually, so that the personal data identifiers are not available to public access.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*November 2014*                    Page 1                    **F 9037-1.1.MOTION.RESTRICT.PERS.ID**

Movant hereby certifies that the documents on the attached list containing personal data identifiers were filed on the dates stated below and that public disclosure of personal data identifiers would create undue risk of identity theft or other unlawful injury to the individual or his/her property.  (List each document separately and provide the date(s) of filing of the document and its assigned docket entry or claim number(s).  You may attach as many continuation pages as necessary.)

I declare under penalty of perjury that the foregoing is true and correct.


07/25/2022        Jason Darnell Hughes
Date              Printed name of Movant                    Signature of Movant


07/25/2022        Benjamin Heston
Date              Printed name of attorney                  Signature of attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*November 2014*                          Page 2                          **F 9037-1.1.MOTION.RESTRICT.PERS.ID**

**ATTACHMENT TO MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS
CONTAINING PERSONAL DATA IDENTIFIERS**

LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED AND PUBLIC ACCESS TO BE RESTRICTED.

| Docket or Claim No. | Date Filed | Name of Document |
|---|---|---|
| 1 | 05/04/2022 | Vountary Petition (Address on Form 101 and attached list of notice parties) |
| 5 | 05/04/2022 | Notice of Chapter 7 Bankruptcy Case (Address) |
| 9 | 05/06/2022 | BNC Certificate of Notice (Address) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*November 2014*                    Page 3                    **F 9037-1.1.MOTION.RESTRICT.PERS.ID**

# ATTACHMENT 2



# SHIRLEY N. WEBER, Ph.D.

## CALIFORNIA SECRETARY OF STATE

Safe at Home | Management Services Division | P.O. Box 846 | Sacramento, CA 95812
**Tel** 877.322.5227 | **Fax** 916.653.7625 | www.sos.ca.gov/registries/safe-home

July 22, 2022

To Whom It May Concern:

This serves as certification that **Jason Darnell Hughes** is an active participant of the Safe at Home, Confidential Address Program. **Jason Darnell Hughes** was certified by the California Secretary of State's Safe at Home Program on **July 5, 2022**. Under current law, participants are certified for a period of four-years and are allowed to renew their certification as needed.

The Safe at Home address (designated by the Secretary of State) used by a program participant shall be accepted by the courts, state, and local entities pursuant to Section 6207 of the Government Code. In addition, the Secretary of State serves as the legal agent to accept and forward mail on behalf of all participants. If it becomes necessary to execute a process service, two copies of each document being served are required and shall be delivered to the Secretary of State's office, 1500 11th Street, 6th Floor in Sacramento, between the hours of 8:00 am & 5:00 p.m.

Participation in the statewide confidential address program allows a participant's physical address location to become *confidential and protected from his/her perpetrator and public records access*. The participant's designated Safe at Home address should be accepted for placement on future court and legal documents or state and local public records pertaining to the participant. The participant's address should be listed as:

**Jason Darnell Hughes #5069**
**P.O. Box 1198**
**Sacramento, CA 95812**

The Safe at Home program has provided address protection to more than 13,000 survivors of abuse in California and we are thankful for your assistance in continuing to meet this objective. Please feel free to contact the Safe at Home program office, weekdays from 8:00 a.m. to 5:00 p.m. at (916) 653-1769 if you have any questions or require additional information.

Sincerely,

Liz Hall
Program Director
Safe at Home
Secretary of State's Office

Rev.7.2022

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**19700 Fairchild Road, Suite 280
Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: **MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) July 30, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
255 E. Temple Street
Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

Office of The United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

Brad Krasnoff, Trustee
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 30, 2022 | Yanira Flores | /s/Yanira Flores |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**