FILED & ENTERED

AUG 03 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Jason Darnell Hughes,<br><br>Debtor. | Case No. 2:22-bk-12526-BB<br><br>Chapter 7<br><br>**ORDER SETTING HEARING ON THE *EX PARTE* MOTION TO WITHDRAW AS ATTORNEY FOR THE DEBTOR FILED BY BENJAMIN R. HESTON**<br><br>Date:  August 17, 2022<br>Time:  10:00 a.m.<br>Location:  Courtroom 1539<br><br>*[Related to Docket Entry No. 14]* |

**IT IS HEREBY ORDERED** that a hearing on the "Ex Parte Motion to Withdraw As Attorney for the Debtor" [filed on August 1, 2022, at Docket Entry No. 14] (the "Motion"), will be held before the Honorable Sheri Bluebond, on **August 17, 2022 at 10:00 a.m**. in Courtroom 1539 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012.

/ /

/ /

1  **IT IS FURTHER ORDERED** that oppositions, if any, to the above shall be in writing and filed with the court and served upon the parties of interest at least (5) court days before the hearing.  Any objections not filed and served may be deemed waived.

###

Date: August 3, 2022

Sheri Bluebond
United States Bankruptcy Judge

2