HESTON & HESTON
Benjamin R. Heston (State Bar No. 297798)
Halli B. Heston (State Bar No. 90737)
Richard G. Heston (State Bar No. 90738)
19700 Fairchild Road, Suite 280
Irvine, California 92612-2521
Tel: (951) 290-2827
Fax: (949) 222-1043
ben@hestonlaw.com

Attorney for Debtor

**FILED & ENTERED**

AUG 17 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br><br>JASON DARNELL HUGHES,<br><br>Debtor. | Case No.: 2:22-bk-12526-BB<br><br>Chapter 7<br><br>**ORDER ON EX PARTE MOTION TO BE RELIEVED AS COUNSEL FOR THE DEBTOR** |
|---|---|

On August 1, 2022, Benjamin Heston filed a motion entitled *Ex Parte Motion to Withdraw as Attorney for the Debtor* as Docket #14.

The Court, having reviewed the Motion and for good causing appearing therefore, it is ORDERED that the Motion is granted. Benjamin Heston is hereby relieved as counsel for the Debtor.

### 

Date: August 17, 2022

Sheri Bluebond
United States Bankruptcy Judge

1