

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☒ Individual appearing without attorney<br>☐ Attorney for Movant | **FILED** SEP 14 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>**LODGED** SEP 07 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>**ENTERED** SEP 15 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Name of* DIVISION**

| In re: | CASE NO.: 2:22-bk-12526-BB |
|---|---|
| Jason Darnell Hughes | CHAPTER: 7 |
| | **ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS**<br><br>[No hearing Required] |
| Debtor(s) | |

**Movant** *(name)*: Jason Darnell Hughes

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on  09/06/2022  (docket entry number  28  ), the court orders as follows:

☑ The Motion is granted. The court further orders as follows:

1. Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2. The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

☐ The Motion is denied.

### 

_____9/14/2022_____          _____
Date                          Honorable Sheri Bluebond,
                              U.S. Bankrtupcy Judge

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

### LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED AND PUBLIC ACCESS TO BE RESTRICTED

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 1 | 05/04/2022 | Voluntary Petition (Address on Form 101. Attached list of all parties) |
| 5 | 05/04/2022 | Notice of Chapter 7 Bankruptcy Case (Address) |
| 17 | 08/03/2022 | Notice of Scheduled Hearing (Social Security Number) |
| 18 | 08/03/2022 | Certificate of Service (Address) |
| 19 | 08/03/2022 | Certificate of Service (Address) |
| 20 | 08/05/2022 | Certificate of Notice (Address) |
| 21 | 08/05/2022 | Certificate of Notice (Address, Social Security Number) |
| 24 | 08/17/2022 | Certificate of Service (Address) |
| 25 | 08/19/2022 | Certificate of Notice (Address, Social Security Number) |
| 26 | 08/20/2022 | Certificate of Notice (Address, Social Security Number) |
| 23 | 08/18/2022 | Discharge of Debtors |
| 27 | 08/25/2022 | Notice of Change of Address |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

November 2014    Page 3    F 9037.1.1.ORDER.RESTRICT.PERS.ID